WICKER (HOPPOCK v.). See Case No. 6,-701.

WICKERLY (HURST v.). See Case No. 6,-940.

## Case No. 17,609.

### WICKERSHAFF v. JONES.

[2 Whart. Dig. 413.]

Circuit Court, E. D. Pennsylvania. May, 1848.

PATENTS FOR INVENTIONS—EVIDENCE.

[Cited in 2 Whart. Dig. 413, to the point that the presumption of novelty and usefulness arising from the issue of a patent may be rebutted by affidavits on an application for an injunction, if the patent is not ancient. Nowhere reported; opinion not now accessible.]